Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C.D. 1904), the claim of the plaintiffs was sustained.

No. 64626.—Blumenthal Import Corp. v. United States, protest 59/24211 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C.D. 1904), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 4, 1960

No. 64627.—Dan Brechner & Co. v. United States, protests 58/14506, 58/14862, and 58/16697 (New York).

RAO, Judge: The collector of customs at the port of New York invoked the provisions of paragraph 1559 of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1954, to classify, by similitude to wearing apparel in chief value of cotton, an importation of foam plastic caps. Cotton wearing apparel is provided for in paragraph 919 of said act, as modified by the General Agreement on Tariffs and Trade, 82 Treas. Dec. 305, T.D. 51802, at the rate of 20 per centum ad valorem, and the collector applied that rate in assessing duty upon said importation.

It is claimed in the three protests herein involved, which have been consolidated for purposes of trial, that said merchandise is properly dutiable at the rate of 10 per centum ad valorem, within the provisions of paragraph 1558 of said act, as modified by the Torquay Protocol to said General Agreement on Tariffs and Trade, 86 Treas. Dec. 121, T.D. 52739, supplemented by Presidential notification, 86 Treas. Dec. 347, T.D. 52827, for articles manufactured in whole or in part, not specially provided for.

For convenience of reference, the respective tariff provisions are herein set forth as follows:

Paragraph 1559 of the Tariff Act of 1930, as amended, *supra*:

(a) Each and every imported article, not enumerated in this act, which is similar in the use to which it may be applied to any article enumerated in this act as chargeable with duty, shall be subject to the same rate of duty as the enumerated article which it most resembles in the particular before mentioned; and if any nonenumerated article equally resembles in that particular two or more enumerated articles on which different rates of duty are chargeable, it shall be subject to the rate of duty applicable to that one of such two or more articles which it most resembles in respect of the materials of which it is composed.

\*        \*        \*        \*        \*        \*        \*